|   |   |   |
|---|---|---|
| 1 | STEVEN W. PITE (CA SBN 157537) | Entered on Docket |
|   | DAVID E. McALLISTER (CA SBN 185831) | December 11, 2009 |
| 2 | KATHERINE L. JOHNSON (CA SBN 259854) | GLORIA L. FRANKLIN, CLERK |
|   | PITE DUNCAN, LLP | U.S BANKRUPTCY COURT |
| 3 | 4375 Jutland Drive, Suite 200 | NORTHERN DISTRICT OF CALIFORNIA |
STEVEN W. PITE (CA SBN 157537)
DAVID E. McALLISTER (CA SBN 185831)
KATHERINE L. JOHNSON (CA SBN 259854)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177
Telephone: (858)750-7600
Facsimile: (619) 590-1385

Entered on Docket
December 11, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed December 11, 2009

Marilyn Morgan
U.S. Bankruptcy Judge



Attorneys for US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WFMBS 2004-W

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TED B ZANELLA AND ANALISA ZANELLA,<br><br><br><br><br><br><br>Debtor(s). | Case No. 09-54416-MM<br><br>Chapter 13<br><br>R.S. No. KLJ-463<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE: October 28, 2009<br>TIME: 3:00 PM<br>CTRM: 3070<br><br>Northern District of California - San Jose Division<br>United States Bankruptcy Court<br>280 S 1st St. #3035<br>San Jose, CA 95113-3004 |

The above-captioned matter came on for hearing on October 28, 2009, at 3:00 PM, in Courtroom 3070, upon the Motion of US Bank National Association, as Trustee for WFMBS 2004-W ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Ted B Zanella and Analisa Zanella ("Debtors") commonly known as 1962 Two Iron Court, Fernley, Nevada 89408 (the "Real Property"), which is legally described as follows:

- 1 -

LOT 694, AS SHOWN ON THE FINAL PLAT OF DESERT LAKES SUBDIVISION, RECORDED IN THE OFFICIAL RECORDS OF LYON COUNTY, NEVADA ON JANUARY 4, 1996 AS DOCUMENT NO. 188868, AND AMENDED BY CERTIFICATE OF AMENDMENT, RECORDED ON JUNE 14, 1996 AS DOCUMENT NO. 194392.

APN: 20-545-05

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 10-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Upon entry of this Order, the Chapter 13 Trustee shall cease making payments in regard to Movant's claim filed in this bankruptcy case;

7. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case; and

8. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

# COURT SERVICE LIST

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177

Ted B Zanella
P.O. Box 2230
Hollister, CA 95024-2230

Analisa Zanella
P.O. Box 2230
Hollister, CA 95024-2230

Merrill E. Zimmershead
Law Offices of Merrill E. Zimmershead
7539 Eigleberry St.
Gilroy, CA 95020

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013
Chapter 13 Trustee

U.S. Trustee
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Wells Fargo Bank, N.A.
c/o Servicing Agent and/or Managing Agent
P.O. Box 54780
Los Angeles, CA 90054-0780